# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 14-cr-00353-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  BOBIR YULCIYEV,

    Defendant.

## ORDER GRANTING MOTION FOR RELEASE OF PASSPORT
## FOR LIMITED PURPOSE

**Blackburn, J.**

    The matter is before me on the defendant's **Unopposed** [*sic*] **Motion Requesting Return of Passport for Limited Purpose** [#103][1] filed May 27, 2015. After careful review of the motion and the file, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Unopposed** [*sic*] **Motion Requesting Return of Passport for Limited Purpose** is granted;

    2.  That the clerk of the court shall release the passport of defendant, Bobir Yulciyev, to his attorney, Victor Stazzone, on June 1, 2015, for the limited purpose of allowing defendant to present his passport to an Immigration Services Officer of the U.S. Department of Homeland Security on June 2, 2015, at 7:30 a.m.; and

---

[1] "[#103]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3.  That by close of business June 2, 2015, Victor Stazzone, Esq., shall return the passport to the clerk.

Dated May 28, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge