**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                  July 9, 2015

Courtroom Deputy:  Kathleen Finney
Court Reporter:     Tracy Weir
Probation Officer:  Gary Kruck

**Criminal Action No.  14-cr-00353-REB-3**

| *Parties:* | *Counsel:* |
| --- | --- |
| UNITED STATES OF AMERICA, | Timothy Neff |
| Plaintiff, | |
| v. | |
| 3.  BOBIR YULCIYEV, | Victor Stazzone |
| Defendant. | |

**SENTENCING MINUTES**

**1:35 p.m.     Court in session.**

Appearances of counsel. Also seated at government's table is Special Agent, Justin Stern.

Defendant is present in custody.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and

two addenda.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Also pending relevant to sentencing are the following papers: the **Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Bobir Yulciyev** [#105] filed May 29, 2015; the **Government's Motion for Sentencing Reduction for Defendant Yulciyev Pursuant to U.S.S.G. § 5K1.1** [#106] filed May 29, 2015; the defendant's **Motion for Downward Variance** [#107] filed May 29, 2015; and the **Government's Revised Sentencing Recommendation and Motion to Withdraw Government's Previously Filed Motion for Sentencing Reduction Pursuant to U.S.S.G. §  5K1.1 [#106]** [#128] filed June 30, 2015.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

*Government's Exhibit 2, 1: admitted for the limited purpose of this hearing.*

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

    **IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows:
   - the **Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Bobir Yulciyev** [#105] is **GRANTED**;
   - the **Government's Revised Sentencing Recommendation and Motion to Withdraw Government's Previously Filed Motion for Sentencing Reduction Pursuant to U.S.S.G. §  5K1.1 [#106]** [#128] is **GRANTED**;
   - that the **Government's Motion for Sentencing Reduction for Defendant Yulciyev Pursuant to U.S.S.G. § 5K1.1** [#106] is

    **withdrawn**; and
- the defendant's **Motion for Downward Variance** [#107] is **DENIED**;

3. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count One of the Indictment;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **twelve (12) months**;

5. That on release from imprisonment, the defendant shall be placed on supervised release for a term of **three (3) years**; provided furthermore, that within 72 hours of defendant's release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the U.S. probation department within the district to which he is released;

6. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

    - all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

    - all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

    - the following explicit or special conditions of supervised release:

        - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

        - that the defendant shall not possess or use illegally controlled substances;

        - that the defendant shall not possess or use any firearm, destructive device, or dangerous weapon as defined under federal law at 18 U.S.C. § 921;

        - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

        - that the defendant shall submit to one drug test within fifteen

        (15) days from defendant's release from imprisonment, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

- that the defendant shall comply with the other explicit and special conditions proposed by the probation officer, in the presentence report in the sentencing recommendation [#125-1] on page RR-5 in paragraphs 1 through 9;

7. That no fine is imposed;

8. That the defendant shall pay restitution for the benefit of the identifiable victims in the total amount of $6,572.10, payable in care of the clerk of the court in full immediately, jointly, and severally with any other co-defendant or person found criminally liable, and if not payable immediately, then in monthly installments of not less than 10% of the defendant's monthly gross income as determined periodically by his probation officer with those monthly installments to commence during his term of supervised release; provided furthermore that interest on restitution be waived;

9. That this court recommends that the Bureau of Prisons designate the defendant to a correctional institution in the State and District of Colorado, preferably to FCI Englewood; and

10. That the defendant is remanded to the custody of the United States Marshal.

The defendant is advised of the right to appeal the sentence imposed by the court.

**2:36 p.m.     Court in recess.**

Total time in court: 01:01

Hearing concluded.