IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 14-CR-00353-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BOBIR YULCIYEV,

    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

    This matter comes before the court on October 17, 2017 for preliminary hearing and detention hearing on the Petition to Revoke Supervised Release. The court has accepted a waiver of preliminary hearing and a waiver of detention hearing by the defendant. In addition, the court has considered the proffer by the defendant. Lastly, I have taken judicial notice of the court's file. Accordingly, I find, based upon the waiver of preliminary hearing, that probable cause exists to believe that the defendant violated one or more conditions of his Supervised Release.

    Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]."

    In making my findings of fact, I have taken judicial notice of the information set forth in the entire court file. I have also considered the proffers and arguments of counsel. Under these circumstances, I find that the defendant has not sustained his burden. On the record before the court, I find that no condition or combination of

conditions of release that will reasonably assure the safety of the community. Accordingly, I order the defendant detained without bond.

Done this 17th of October 2017.

BY THE COURT

S/ Michael J. Watanabe

_____

Michael J. Watanabe
U.S. Magistrate Judge